

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JUAN ANTONIO SANCHEZ, | § | No. 08-21-00027CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law Number 6 |
| | § | of El Paso County, Texas |
| THE RETREAT AT MESA HILLS, | § | |
| Appellee. | § | (TC # 2020-CCV00669) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellant and his sureties, if any, *See* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 27TH DAY OF JULY, 2022.

YVONNE T. RODRIGUEZ

Before Rodriguez, C.J., Palafox, and Alley, JJ.